THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 6 OF THE TOWN OF CORTLANDT, Appellant, *v.* THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 7 OF THE TOWN OF CORTLANDT, Respondent.

*Board of Education* v. *Board of Education*, 76 App. Div. 355, affirmed.
(Argued June 16, 1904; decided August 5, 1904.)

APPEAL from a judgment, entered November 29, 1902, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer.

*Elbert P. James* for appellant.

*D. S. Herrick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

GEORGE S. INGRAHAM et al., Appellants, *v.* NATIONAL SALT COMPANY et al., Respondents.

*Ingraham* v. *National Salt Co.*, 72 App. Div. 582, affirmed.
(Argued June 16, 1904; decided August 5, 1904.)

APPEAL from a judgment, entered November 29, 1902, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an interlocutory judgment of Special Term sustaining demurrers to the complaint.

*George S. Ingraham* for appellants.

*Edmonds Putney, Charles W. Pierson* and *Henry H. Pierce* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.